

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN 11, TEXAS

Gerald C. Mann

XXXXXXXXXX

ATTORNEY GENERAL

Hon. Chas. W. Castner, Chief
Eleemosynary Division
State Board of Control
Austin, Texas

Opinion No. O-2220
Re: Necessity of advance approval
by the Attorney General of out-
of-state trips by superintendents
of eleemosynary institutions

Dear Sir:

    In your letter of April 12, 1940, you state that on
February 10, 1940, the State Board of Control approved a trip
by Superintendent E. R. Wright of the Texas School for the
Deaf to St. Louis, Missouri, to attend the conference of the
National Forum on Deafness and Speech Pathology, and that the
Comptroller's Department is not approving the expense account
for this trip, on the ground that it does not appear that the
Attorney General has approved this trip as being on state's
business.

    The provision as to the approval in advance of out-
of-state trips by representatives of the state, as being on
state's business, by this department, is contained in the de-
partmental appropriation bill, in the general rider appended
thereto. Your attention is directed to the fact that the elee-
mosynary appropriation bill, House Bill No. 256, contains the
following rider:

        "Traveling Expenses. None of these appropri-
    ations may be used for traveling outside of the
    State of Texas without the advance written consent
    of the State Board of Control, except in adjoining
    States in deporting non-resident inmates and return-
    escaped inmates to institutions. Otherwise, the
    State Comptroller shall apply the same rules to the
    approval and payment of traveling expenses of all
    employees except the superintendents of the eleemosy-
    nary institutions as he applies to such expenses of
    the State Departments. Superintendents' trips shall be
    as authorized by the Board of Control."

    An examination of this provision of the eleemosynary
appropriation bill reveals that the Legislature has specifically
excepted trips by superintendents from the provision that the
State Comptroller shall apply the same rules to the approval and
payment of traveling expenses of all employees as he applies to
such expenses of the state departments. It is likewise observed
that it is specifically provided:

"Superintendents' trips shall be as author-ized by the Board of Control."

You are therefore advised that by virtue of the pro-vision of the eleemosynary bill above quoted, it is not neces-sary that advance opinion of the Attorney General, that such a trip is on state's business, be obtained in respect to out-of-state trips by superintendents of the eleemosynary institu-tions of this state. On the contrary, this act contemplates that the Board of Control, rather than the Attorney General, shall give its advance written consent to the making of such an out-of-state trip.

It is, of course, not the intention of this opinion to express the view that the Board of Control may authorize trips by superintendents of eleemosynary institutions, except where those trips are on state's business. We hold merely that the advance written approval of this department to the making of such a trip is not required, but that the advance written consent of the State Board of Control is required. If in this or any other situation of similar character the Comptroller should entertain serious doubts as to the purpose of the partic-ular trip being for the transaction of state's business, he may secure an opinion thereon from this department, upon presenta-tion of a request in the usual form. We do not understand that in this case the Comptroller has declined to approve the account for payment because he questioned whether state's business was involved on the trip, but because he doubted his authority to approve the account for payment in the absence of the approval of this department required for out-of-state trips made by em-ployees of the state departments whose appropriations are con-tained in the departmental appropriation bill.

Yours very truly
ATTORNEY GENERAL OF TEXAS
By /s/ R. W. Fairchild
Richard W. Fairchild, Assistant

APPROVED APR 20, 1940
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED: OPINION COMMITTEE
BY      BWB  CHAIRMAN

RWF:LW:wb